■ NORTHEAST INSURANCE COMPANY, Respondent, v WEG ASSOCIATES, INC., Appellant, et al., Defendant.—Judgment,

Supreme Court, New York County (Martin Stecher, J.), entered on April 24, 1989, unanimously affirmed for the reasons stated by Martin Stecher, J. Respondent shall recover of appellant $250 costs and disbursements of this appeal. Concur—Ross, J. P., Carro, Kassal, Ellerin and Rubin, JJ.